1
2
3
4
5
6
7
8                    **IN THE UNITED STATES DISTRICT COURT**
9                   **FOR THE EASTERN DISTRICT OF CALIFORNIA**
10
11    LARRY SERMENO,                          No.  2:25-CV-02032-DJC-DMC
12                 Plaintiff,
13          v.                                ORDER
14    JULIA OGONOWSKI, et al.,
15                 Defendants.
16
17          Plaintiff, who is proceeding pro se, brings this civil action.  Pending before the

18    Court is Plaintiff's motion for leave to proceed in forma pauperis, ECF No. 2.  Plaintiff's

19    complaint, and service thereof by the United States Marshal if appropriate, will be addressed

20    separately.  The Clerk of the Court shall not issue summons or set this matter for an initial

21    scheduling conference unless specifically directed by the court to do so.

22          Plaintiff has submitted the affidavit required by 28 U.S.C. § 1915(a) showing that

23    Plaintiff is unable to prepay fees and costs or give security therefor.

24          Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for leave to

25    proceed in forma pauperis, ECF No. 2, is granted.

26    Dated:  August 22, 2025

27                                          _____
                                            DENNIS M. COTA
28                                          UNITED STATES MAGISTRATE JUDGE

                                            1