IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY SERMENO,<br><br>        Plaintiff,<br><br>    v.<br><br>JULIA OGONOWSKI, et al.,<br><br>        Defendants. | No. 2:25-CV-02032-DJC-DMC<br><br><br>ORDER |

      Plaintiff, who is proceeding pro se, brings this civil action. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

      On August 25, 2025, the Magistrate Judge filed findings and recommendations herein which were served on the parties, and which contained notice that the parties may file objections within the time specified therein. Timely objections to the findings and recommendations have been filed.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed August 25, 2025, ECF No. 7, are adopted in full;
2. Plaintiff's motion for injunctive relief, ECF No. 3, is DENIED;
3. Plaintiff's motion to appoint counsel, ECF No. 4, is DENIED;
4. This matter is referred back to the assigned Magistrate Judge for all further pretrial proceedings.

IT IS SO ORDERED.

Dated:  **October 31, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE